## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT M. CUPP and PRISCILLA KIM CUPP,** | |
| Plaintiffs, | |
| v. | Civil Action No. 1:25-cv- |
| **THE UNITED STATES DEPARTMENT OF VETERAN AFFAIRS,** | |
| Defendants. | |

### NOTICE OF REMOVAL

The United States of America, by and through Sean P. Costello, the United States Attorney for the Southern District of Alabama, and on behalf of its agency, the Department of Veteran Affairs (VA), gives notice of removal of the case styled *Robert M. Cupp, et al. v. Richard James Vise, Jr., et al.*, Civil Action No. CV-2023-901785, from the Circuit Court of Mobile County, Alabama to the United States District Court for the Southern District of Alabama, Southern Division.

1. On August 28, 2023, Robert M. Cupp and Priscilla Kim Cupp (collectively referred to as "Plaintiffs") filed an action in the Circuit Court of Mobile County, Alabama, styled *Robert M. Cupp, et al. v. Richard James Vise, Jr., et al.*, Civil Action No. CV-2023-901785, against Richard James Vise, Jr. seeking compensatory and punitive damages arising from a motor vehicle accident with Richard James Vise, Jr. in Mobile, Alabama on June 30, 2022 (events referred to as the "Accident"). Likewise, Robert M. Cupp and Priscilla Kim Cupp filed an action in the Circuit Court of Mobile County, Alabama, styled *Robert M. Cupp, et al. v. Richard James Vise, Jr., et al.*, Civil Action No. CV-2023-901785, against State Farm Mutual Automobile Insurance Company

seeking uninsured and/or underinsured motorist benefits arising from the Accident. (Complaint, attached as Exhibit A.)

2. As part of the treatment for injuries sustained in the Accident, the VA paid for Robert M. Cupp's medical treatment. Recognizing the financial burdens associated with such medical care, the VA has a right to recover under the VA's Federal Medical Care Recovery Act Program (FMCRA)—42 U.S.C. § 2651-2653 and 38 U.S.C. § 1729—"the reasonable value of the medical treatment [] furnished" by the VA and rendered necessary due to the negligence of a third party. 42 U.S.C. § 2651(a).

3. On October 23, 2025, Plaintiffs filed a Motion for Interpleader and Declaratory Relief [Doc. 115] seeking to interplead $44,115.49 into the registry of the Circuit Clerk of Mobile County, Alabama and have that court determine each claimant's rights to said funds. (Motion for Interpleader and Declaratory Relief, attached as Exhibit B.)

4. The State court granted Plaintiff's Interpleader Motion on October 29 [Doc. 120] allowing Plaintiff to interplead the disputed funds that he owes the VA into the registry of the Mobile County Circuit Clerk. The next day, a check in the amount of $44,115.49 was deposited with the Mobile County Circuit Clerk.

5. On November 4, the United States filed a Limited Notice of Appearance and Motion to Stay All Deadlines due to the Federal Government shutdown. [Doc. 123].

6. The State Court granted the United States' Motion to Stay on November 4. [Doc. 125].

7. On December 12, the United States notified the court of funding, and the State Court lifted the stay.

8. The District Court has original and exclusive jurisdiction over this Interpleader dispute. 28 U.S.C. § 1442(a)(1). The FMCRA medical claim is the basis for Plaintiffs' attempt to interplead the VA funds. Thus, this matter presents a federal question, involves the United States as a party in interest, and falls under federal jurisdiction.

9. Pursuant to 28 U.S.C. § 1446(a), copies of the process, pleadings, and orders filed in the Circuit Court of Mobile County, Alabama are attached as Exhibit C.

10. In accordance with 28 U.S.C. § 1446(d), undersigned is filing a copy of this Notice of Removal with the Clerk of the Circuit Court of Mobile County, Alabama, and providing Plaintiffs with written notice of the filing of this Notice of Removal. (*See* Notice of Filing Notice of Removal, attached hereto as Exhibit D.)

WHEREFORE, the United States removes Plaintiff's Motion for Interpleader and action styled as *Robert M. Cupp, et al. v. State Farm Mutual Automobile Insurance Company*, Civil Action No. CV-2023-901785, from the Circuit Court of Mobile County, Alabama to the United States District Court for the Southern District of Alabama, Southern Division.

Respectfully submitted,

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By: *s/Victoria O. Todd*
Victoria O. Todd
Assistant United States Attorney
63 S. Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 415-7128
Victoria.Todd@usdoj.gov

(Certificate on Following Page)

## **CERTIFICATE OF SERVICE**

   I hereby certify that on December 16, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and that I served the foregoing via electronic mail and U.S. Mail, first class and postage prepaid, on the following:

C.S. Chiepalich, Esq.
C.S. Chiepalich, P.C.
P.O. Box 6505
Mobile, Alabama 36660
csc@cscpc.net

             *s/Victoria O. Todd*
             Victoria O. Todd
             Assistant United States Attorney